with *United Artists Records, Inc. v. Eastern Tape Corporation, G & G Sales, Inc., Super Hits, Inc.,* and *J. H. Pettus,* decided this date, 19 N.C. App. 207, 198 S.E. 2d 452. Consolidated briefs were filed by the parties as it was conceded that the issues involved are identical.

 *Smith, Moore, Smith, Schell & Hunter, by Jack W. Floyd and Harold N. Bynum; and Cecil M. Curtis, for plaintiff appellees.*

 *Mraz, Aycock, Casstevens & Davis, by Gary A. Davis; Levine, Goodman & Murchison, by Alton G. Murchison, III; and Richards, Shefte & Pinckney, by Francis M. Pinckney, for defendant appellants.*

BALEY, Judge.

For the reasons set out in *United Artists Records, Inc. v. Eastern Tape Corporation, supra,* the order of the trial court awarding summary judgment against the corporate defendants and the individual defendant, J. H. Pettus, is affirmed.

 Affirmed.

 Judges CAMPBELL and BRITT concur.

---

MCA, INC. v. EASTERN TAPE CORPORATION, G & G SALES, INC., SUPER HITS, INC. AND J. H. PETTUS

No. 7326SC363

(Filed 22 August 1973)

APPEAL by defendants from *Snepp, Resident Superior Court Judge* of MECKLENBURG County, from judgment entered in Chambers 24 October 1972.

Upon motion of all parties and pursuant to order of this Court entered 29 May 1973, this case was heard in conjunction with *United Artists Records, Inc. v. Eastern Tape Corporation, G & G Sales, Inc., Super Hits, Inc.,* and *J. H. Pettus,* decided this date, 19 N.C. App. 207, 198 S.E. 2d 452. Consolidated briefs were filed by the parties as it was conceded that the issues involved are identical.

---

Records v. Tape Corp.

---

*Smith, Moore, Smith, Schell & Hunter, by Jack W. Floyd and Harold N. Bynum; and Cecil M. Curtis, for plaintiff appellees.*

*Mraz, Aycock, Casstevens & Davis, by Gary A. Davis; Levine, Goodman & Murchison, by Alton G. Murchison, III; and Richards, Shefte & Pinckney, by Francis M. Pinckney, for defendant appellants.*

BALEY, Judge.

For the reasons set out in *United Artists Records, Inc. v. Eastern Tape Corporation, supra,* the order of the trial court awarding summary judgment against the corporate defendants and the individual defendant, J. H. Pettus, is affirmed.

Affirmed.

Judges CAMPBELL and BRITT concur.

---

CAPITOL RECORDS, INC. v. EASTERN TAPE CORPORATION, G & G SALES, INC., SUPER HITS, INC. AND J. H. PETTUS

No. 7326SC361

(Filed 22 August 1973)

APPEAL by defendants from *Snepp, Resident Superior Court Judge* of MECKLENBURG County, from judgment entered in Chambers 24 October 1972.

Upon motion of all parties and pursuant to order of this Court entered 29 May 1973, this case was heard in conjunction with *United Artists Records, Inc. v. Eastern Tape Corporation, G & G Sales, Inc., Super Hits, Inc.,* and *J. H. Pettus,* decided this date, 19 N.C. App. 207, 198 S.E. 2d 452. Consolidated briefs were filed by the parties as it was conceded that the issues involved are identical.

*Smith, Moore, Smith, Schell & Hunter, by Jack W. Floyd and Harold N. Bynum; and Cecil M. Curtis, for plaintiff appellees.*

*Mraz, Aycock, Casstevens & Davis, by Gary A. Davis; Levine, Goodman & Murchison, by Alton G. Murchison, III; and Richards, Shefte & Pinckney, by Francis M. Pinckney, for defendant appellants.*